THE STATE OF KANSAS, *ex rel. J. M. Dunlavy*, v. CHARLES E. HUNTER *et al.*
No. 15,447.   (92 Pac. 603.)

Error from Crawford district court; ARTHUR FULLER, judge.   Opinion filed November 9, 1907.   Reversed.

*Fred S. Jackson*, attorney-general, and *George H. Stuessi*, assistant attorney-general for Crawford county, for The State; *J. K. Codding*, of counsel.

*Per Curiam:* The controlling fact and the questions of law involved in this case are practically the same as in the case of *The State v. Jepson,* 76 Kan. 644, 92 Pac. 600, and on the authority of that case the· judgment of the district court herein is reversed, with directions to grant a temporary injunction and proceed with the case in accordance with the instructions in the Jepson decision.